# United States District Court
EASTERN DISTRICT OF WISCONSIN

**KEITH C. HENYARD**,
        Petitioner,

v.

**CHERYL EPLETT,**
        Respondent.

**JUDGMENT IN A CIVIL CASE**

Case No. 21-CV-839

☑ **Decision by Court.** This action came on for consideration and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that the petitioner's petition for a writ of habeas corpus be and hereby is **DENIED**.

**IT IS FURTHER ORDERED** that this action be and hereby is **DISMISSED**.

Approved: _____
NANCY JOSEPH
United States Magistrate Judge

Dated: October 20, 2022

GINA M. COLLETTI
Clerk of Court

*s/ Ross Miller*
(By) Deputy Clerk